IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY ZELIG, | 1:11-cv-01515-LJO-DLB-(PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| FELIX IGBINOSA, M.D., et al., | (Motion# 8) |
| Defendants. | 30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 5, 2011, plaintiff filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:  October 7, 2011                        /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE