# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY ZELIG, | Case No. 1:11-cv-01515-LJO-DLB PC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **ECF No. 14** |
| FELIX IGBINOSA, M.D., et al., | **RESPONSE DUE WITHIN FOURTEEN DAYS** |
| Defendants. | |

Plaintiff Harry Zelig ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on September 8, 2011. ECF No. 1. On June 1, 2012, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found that it failed to state a claim. ECF No. 14. Plaintiff was provided thirty days from the date of service of the order to file an amended complaint. As of the date of this order, Plaintiff has failed to comply or otherwise respond.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **fourteen (14) days** from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to state a claim. Failure to respond to this order or otherwise show cause will result in a recommendation of dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated: **August 9, 2012**                              /s/ *Dennis L. Beck*
                                                                            UNITED STATES MAGISTRATE JUDGE